IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIRONDEEP BHANDARI ) <br> ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CENTER FOR NONPROFIT ADVANCEMENT ) <br> ) <br> and ) <br> ) <br> BETSY JOHNSON, an individual ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.07-2232ESH <br><br> JURY DEMANDED <br><br> **RECEIVED** <br> DEC 3 1 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## PROOF OF SERVICE

I affirm that a copy of the summons, complaint and initial order was served on defendants Center For NonProfit Advancement and Betsy Johnson, 1661 K Street, N.W., Suite 440, Washington, D.C. 20006, on [illegible, covered by return receipt] original receipt is enclosed.

[Return receipt card (PS Form 3811) attached showing:
- Article Addressed to: Center For Non Profit Advancement, 1666 K St. NW Ste 440, Washington, DC 20006
- Service Type: Certified Mail, Return Receipt for Merchandise
- Article Number: 7006 0810 0004 2669 0689
- Signature and Date of Delivery: 12-18-07]