UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIRONDEEP BHANDARI** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 07-2232 ESH |
| ) | |
| **CENTER FOR NONPROFIT** ) | |
| **ADVANCEMENT**, *et al.*, ) | |
| ) | |
| Defendants ) | |

NOTICE OF APPEARANCE

THE CLERK WILL please enter the appearance of the undersigned as attorneys for defendants Center for Nonprofit Advancement and Betsy Johnson.

OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.

By    /s/ Charles H. Fleischer
       Charles H. Fleischer, D.C. Bar. No. 4341

7700 Old Georgetown Road, Suite 800
Bethesda, MD  20814
tel: (301) 986-4056 / fax: (301) 951-0555
e-mail: cfleischer@ofqlaw.com

*Attorneys for defendants*