CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| )<br>)<br>)<br>Plaintiff    )<br>)<br>v.           )<br>)<br>)<br>Defendant )<br>)<br>) | Civil Action No. _____ |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for _____,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of _____, which have any outstanding securities

in the hands of the public. _____

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_____           _____
Bar Identification Number             Print Name

                                      _____
                                      Address

                                      _____
                                      City          State      Zip

                                      _____
                                      Telephone Number