IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
KIRONDEEP BHANDARI            )
                              )
                              )
         Plaintiff,           )     Case No.07-2232ESH
    v.                        )
                              )     JURY DEMANDED
CENTER FOR NONPROFIT ADVANCEMENT )
                              )
    and                       )
                              )
BETSY JOHNSON, an individual  )
                              )
                              )
         Defendants.          )
                              )
_____)

**PLAINTIFF'S CONSENT MOTION TO EXTEND THE TIME
WITHIN WHICH TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

Plaintiff Kirondeep Bhandari, by counsel, respectfully moves the Court to extend the time within which to reply to defendants' motion to dismiss from January 16, 2008 to and including February 6, 2008. In support of his motion, plaintiff shows:

1. On January 5, 2008, defendants filed a motion to dismiss plaintiff's complaint on various grounds. At the time the motion was filed, undersigned counsel was out of the country. Undersigned counsel returned to the office on January 14, 2008.

2. Plaintiff's reply to defendants' dispositive motion is currently due on January 16, 2008.

3.	In light of his absence from the country until January 14, and in light of competing obligations upon his return, undersigned counsel will not be able to research and prepare an adequate response to defendants' motion within the time permitted by the rules.

4.	Plaintiff has not previously requested an extension of the deadline.

5.	Defendants consent to the relief requested herein.

WHEREFORE, for the reasons stated, Plaintiff requests that his motion be granted and that the time within which to reply to Defendants' motion to dismiss be extended from January 16, 2008 to and including February 6, 2008.

Respectfully submitted,

**LAW OFFICES OF STEVEN C. KAHN**


By:_____/s/_____
	Steven C. Kahn
	D.C. Bar #330431
	401 E. Jefferson Street, Suite 201
	Rockville, MD 20850
	(301)-838-4113

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 14, 2008, a copy of plaintiff's motion and prepared order was served electronically upon Charles H. Fleischer, 7700 Old Georgetown Road, Suite 800, Bethesda, MD 20814, counsel for defendants.

_____/s/_____
Steven C. Kahn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
KIRONDEEP BHANDARI            )
                              )
                              )
            Plaintiff,        )   Case No.07-2232ESH
      v.                      )
                              )   JURY DEMANDED
CENTER FOR NONPROFIT ADVANCEMENT )
                              )
        and                   )
                              )
BETSY JOHNSON, an individual  )
                              )
                              )
            Defendants.       )
                              )
_____)

**ORDER**

This matter came before the Court on the Motion of Plaintiff to extend the time with which to oppose defendants' motion to dismiss. It appearing that this is the first request to extend the deadline and that Defendants do not oppose the requested relief,

ORDERED, that the Motion to extend the time within which to oppose defendants' motion to dismiss is hereby GRANTED; and

FURTHER ORDERED, that plaintiff's opposition to defendants' motion shall be due on or before February 6, 2008.

Entered this ____ day of January, 2008

_____
Judge Ellen Segal Huvelle

Copies To:

Charles H. Fleischer
7700 Old Georgetown Road, Suite 800
Bethesda, MD 200814
Counsel for Defendants

Steven C. Kahn
Law Offices of Steven C. Kahn
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
Counsel for Plaintiff