## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
KIRONDEEP BHANDARI            )
                              )
                              )
         Plaintiff,           )     Case No.07-2232ESH
     v.                       )
                              )     JURY DEMANDED
CENTER FOR NONPROFIT ADVANCEMENT )
                              )
     and                      )
                              )
BETSY JOHNSON, an individual  )
                              )
                              )
         Defendants.          )
                              )
_____)

## **ORDER**

This matter came before the Court on defendants' motion to dismiss. Based on defendants' submission and plaintiff's opposition, **IT IS HEREBY ORDERED**, that the motion be denied.


                                        _____
                                        Judge Ellen Segal Huvelle


Entered this ____ day of _____, 2008

Copies To:

Charles H. Fleischer
7700 Old Georgetown Road, Suite 800
Bethesda, MD 200814
Counsel for Defendants

Steven C. Kahn
Law Offices of Steven C. Kahn
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
KIRONDEEP BHANDARI                )
                                  )
                                  )
        Plaintiff,                )   Case No.07-2232ESH
    v.                            )
                                  )   JURY DEMANDED
CENTER FOR NONPROFIT ADVANCEMENT  )
                                  )
    and                           )
                                  )
BETSY JOHNSON, an individual      )
                                  )
                                  )
        Defendants.               )
                                  )
_____)

## **ORDER**

This matter came before the Court on defendants' motion to dismiss. Based on defendants' submission and plaintiff's opposition, **IT IS HEREBY ORDERED**, that the motion be denied.

_____
Judge Ellen Segal Huvelle

Entered this ____ day of _____, 2008

Copies To:

Charles H. Fleischer
7700 Old Georgetown Road, Suite 800
Bethesda, MD 200814
Counsel for Defendants

Steven C. Kahn
Law Offices of Steven C. Kahn
401 E. Jefferson Street, Suite 201
Rockville, MD 20850
Counsel for Plaintiff