UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KIRONDEEP BHANDARI**<br><br>       Plaintiff<br><br> v.<br><br>**CENTER FOR NONPROFIT ADVANCEMENT**, *et al.*,<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)  Case No. 07-2232 ESH<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF MOTION**

 THE CLERK WILL please note that the defendants withdraw their motion to strike Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss, in that the Amended Complaint referred to therein has now been electronically served and filed.

          OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.


          By /s/ Charles H. Fleischer
            Charles H. Fleischer, D.C. Bar. No. 4341

          7700 Old Georgetown Road, Suite 800
          Bethesda, MD  20814
          tel: (301) 986-4056 / fax: (301) 951-0555
          e-mail: cfleischer@ofqlaw.com

          *Attorneys for defendants*