UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **KIRONDEEP BHANDARI**<br><br>Plaintiff<br><br>v.<br><br>**CENTER FOR NONPROFIT ADVANCEMENT**, *et al.*,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) Case No. 07-2232 ESH<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants Center for Nonprofit Advancement and Betsy Johnson, by their attorneys, move for a two-week enlargement of time, to and including March 4, 2008, within which to file a reply to plaintiff's opposition to defendants' motion to dismiss.

As grounds for their motion, defendants state that they were unable to prepare a reply until they received plaintiff's amended complaint, which was not electronically served and filed until February 13, 2008.

Defendants are authorized to state that plaintiff consents to the granting of this motion.

Respectfully submitted,

OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.


By  /s/ Charles H. Fleischer
      Charles H. Fleischer, D.C. Bar. No. 4341

7700 Old Georgetown Road, Suite 800
Bethesda, MD  20814
tel: (301) 986-4056 / fax: (301) 951-0555
e-mail: cfleischer@ofqlaw.com

*Attorneys for defendants*


## POINTS AND AUTHORITIES

1. Fed.R.Civ.P. 6(b).

2. The record herein.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**KIRONDEEP BHANDARI**           )
                                 )
                                 )
             Plaintiff           )
                                 )
   v.                            )   Case No. 07-2232 ESH
                                 )
**CENTER FOR NONPROFIT**         )
   **ADVANCEMENT**, *et al.*,    )
                                 )
             Defendants          )
                                 )

ORDER ENLARGING TIME
TO REPLY

Upon consideration of defendants' motion for a two-week enlargement of time, to and including March 4, 2008, within which to file a reply to plaintiff's opposition to defendants' motion to dismiss, and it appearing that plaintiff has consented to the motion and that the motion should be granted, it is, therefore, by the Court, this _____ day of _____, 2008,

ORDERED, that defendants' time within which to file a reply is enlarged to and including March 4, 2008.

_____
UNITED STATES DISTRICT JUDGE