UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KIRONDEEP BHANDARI** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 07-2232 ESH |
| | ) | |
| **CENTER FOR NONPROFIT** | ) | |
| **ADVANCEMENT**, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANTS' CONSENT MOTION**
**TO CONTINUE SCHEDULING CONFERENCE**

Defendants, by their attorneys, move to continue the scheduling conference, now set for April 17, 2008, and as grounds therefor state that defendants' counsel has long-standing plans to be on vacation the week of April 14, 2008.

The undersigned is authorized to represent that counsel for plaintiff consents to this motion. Counsel for all parties are available on the following alternate dates: April 28 and 29, and May 1 and 2, 2008.

    Respectfully submitted,

    OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.


    By    /s/ Charles H. Fleischer
        Charles H. Fleischer, D.C. Bar. No. 4341

7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814
tel: (301) 986-4056 / fax: (301) 951-0555
e-mail: cfleischer@ofqlaw.com

*Attorneys for defendants*

## POINTS AND AUTHORITIES

1. Fed.R.Civ.P. 6(b).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KIRONDEEP BHANDARI**<br><br>Plaintiff<br><br>v.<br><br>**CENTER FOR NONPROFIT ADVANCEMENT**, *et al.*,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) Case No. 07-2232 ESH<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER CONTINUING SCHEDULING CONFERENCE**

Upon consideration of defendants' consent motion to continue the scheduling conference in this matter, now set for April 17, 2008, it is, by the Court, this _____ day of _____, 2008,

ORDERED, that the motion is granted and the scheduling conference is continued to _____, 2008, at _____ m.

_____
UNITED STATES DISTRICT JUDGE