UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIRONDEEP BHANDARI**<br><br>Plaintiff<br><br>v.<br><br>**CENTER FOR NONPROFIT ADVANCEMENT**, *et al.*,<br><br>Defendants | Case No. 07-2232 ESH |

## ANSWER TO FIRST AMENDED COMPLAINT

Defendants Center for Nonprofit Advancement (Center) and Betsy Johnson (Johnson), by their attorneys, deny all liability to plaintiff Kirondeep Bhandari (Bhandari) and answer the First Amended Complaint (Complaint) as follows:

### *First Defense*

The Complaint fails to state any claim upon which relief can be granted.

### *Second Defense*

Bhandari lacks standing to assert a breach of fiduciary duty claim.

### *Third Defense*

The defendants specifically answer the enumerated allegations in the Complaint as follows, any allegation not so answered being denied.

1-2.  The allegations in paragraphs 1 and 2 are conclusions of law to which no answer is required.

3-4.  The defendants admit on information and belief that Bhandari is a resident of the District of Columbia.  The defendants admit that Bhandari was an employee of the Center from October 10, 2006 to October 1, 2007.  The defendants admit that Bhandari's title was Director of Human Resources and Administration and that his responsibilities included human resource management.  All remaining allegations in paragraphs 3 and 4 are denied.

5.  Admitted.

6.  The defendants admit that Bhandari reported to Johnson and that Johnson has been the Center's Executive Director since 1988.  All remaining allegations in paragraph 6 are denied.

7.  The defendants admit that employees of the Center's members are offered the opportunity to participate in the Health Trust insurance program and that the Health Trust reimburses the Center for services rendered by the Center to the Health Trust.  All remaining allegations in paragraph 7 are denied.

8-9.  Denied.

10.  The defendants admit that in July 2007 the Center increased Bhandari's salary by 5%.  All remaining allegations in paragraph 10 are denied.

11.  Denied.

12. The defendants admit that on or about September 19, 2007, Bhandari sent an e-mail to Derek Harps in which he made certain allegations concerning the Health Trust. All remaining allegations in paragraph 12 are denied.

13. The defendants admit that on or about September 24, 2007, Johnson notified Bhandari of the defendants' earlier decision to eliminate the position of Director of Human Resources and Administration. All remaining allegations in paragraph 13 are denied.

14. Denied.

15. In answer to the allegations in paragraph 15, the defendants adopt by reference their answers to the allegations in paragraphs 1 through 14.

16-17. The allegations in paragraphs 16 and 17 are conclusions of law to which no answer is required.

18-21. Denied.

22.-25. These allegations were dismissed for failure to state any claim and no answer thereto is required.

26. In answer to the allegations in paragraph 26, the defendants adopt by reference their answers to the allegations in paragraphs 1 through 25.

27. The allegations in paragraphs 27 are conclusions of law to which no answer is required.

28-29. Denied.

30-34. These allegations were dismissed for failure to state any claim and no answer thereto is required.

### *Fourth Defense*

Bhandari was an at-will employee of the Center whose employment was subject to termination at any time.

### *Fifth Defense*

Bhandari's position at the Center was eliminated for legitimate, non-pretextual reasons.

### *Sixth Defense*

On information and belief, Bhandari abandoned his employment at the Center.

### *Seventh Defense*

Bhandari has suffered no injury or damage or he has failed to mitigate his damages, if any.

### *Seventh Defense*

Bhandari lacks clean hands.

WHEREFORE, defendants pray that the Complaint be dismissed as to them and each of them, or that judgment be granted thereon in defendants' favor, with costs of suit and attorneys' fees.

>Respectfully submitted,
>
>OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.
>
>
>By    /s/ Charles H. Fleischer
>      Charles H. Fleischer, D.C. Bar. No. 4341
>
>7700 Old Georgetown Road, Suite 800
>Bethesda, MD  20814
>tel: (301) 986-4056 / fax: (301) 951-0555
>e-mail: cfleischer@ofqlaw.com
>
>*Attorneys for defendants*