IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
KIRONDEEP BHANDARI            )
                              )
                              )
        Plaintiff,            )   Case No.07-2232ESH
    v.                        )
                              )   JURY DEMANDED
CENTER FOR NONPROFIT ADVANCEMENT )
                              )
    and                       )
                              )
BETSY JOHNSON, an individual  )
                              )
                              )
        Defendants.           )
                              )
_____)

**CONSENT MOTION TO WITHDRAW APPEARANCE**

In accordance with L Civ R 83.6, undersigned counsel for plaintiff moves to withdraw his appearance because of ethical considerations arising out of communications with a defendant representative regarding an employee benefit plan at issue in the current litigation at a time when counsel believed that the representative was a rank and file employee. Undersigned counsel also moves to adjourn the August 6, 2008 status conference to allow plaintiff an opportunity to locate alternate counsel. In support of his motion, counsel shows:

1.  Upon discovery of the contact with defendant representative by way of interrogatory answer, undersigned counsel promptly informed opposing counsel; cancelled the

deposition of Betsy Johnson, which was scheduled for July 17, 2008; and destroyed the notes of his communications with defendant representative.

2.      Undersigned counsel confirms that he has not disclosed and will not disclose the substance of the unauthorized communications.

3.      Undersigned counsel has advised plaintiff, verbally and in writing, to obtain replacement counsel or if he intends to proceed pro se, or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion.  (Exhibit A).

4.      A grant of the motion will not unfairly prejudice defendants or unduly delay trial, which has not yet been set.  Of course, in the event replacement counsel enters an appearance, a reasonable extension of the discovery period may be appropriate.

5.      Defendants consent to the grant of the relief requested herein.

**WHEREFORE**, for reasons stated, undersigned counsel requests that his motion to withdraw appearance, and to adjourn the August 6, 2008 status conference, be granted.

                                        Respectfully submitted,

                                **LAW OFFICES OF STEVEN C. KAHN**


                        By:_____/s/_____
                                Steven C. Kahn
                                D.C. Bar #330431
                                401 E. Jefferson Street, Suite 201
                                Rockville, MD 20850
                                (301)-838-4113

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that on July 19, 2008, the foregoing motion was served by regular mail upon plaintiff Kiron Bhandari at his last known address, 4908 45th Street, NW, Washington, D.C. 2001, and electronically upon Charles H. Fleischer, Oppenheimer, Fleischer & Quiggle, P.C., 7700 Old Georgetown Road, Suite 800, Bethesda, MD 20814, counsel for defendants.

    I also certify that I have served on plaintiff at the above address a notice advising him to obtain other counsel or, if he intends to proceed pro se or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion.



                                                                                   Steven C. Kahn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIRONDEEP BHANDARI ) <br> ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> CENTER FOR NONPROFIT ADVANCEMENT ) <br> ) <br>     and ) <br> ) <br> BETSY JOHNSON, an individual ) <br> ) <br> ) <br>     Defendants. ) <br> ) | Case No.07-2232ESH <br><br> JURY DEMANDED |

## NOTICE TO PLAINTIFF

In accordance with L Civ R 73.6(c), undersigned counsel advises plaintiff Kiron Bhandari to obtain other counsel or, if plaintiff intends to proceed pro se, or to object to the withdrawal, to so notify the Clark in writing within five days of service of the motion.

                                              Respectfully submitted,

                                          **LAW OFFICES OF STEVEN C. KAHN**


                                          By:_____/s/_____
                                              Steven C. Kahn
                                              D.C. Bar #330431
                                              401 E. Jefferson Street, Suite 201
                                              Rockville, MD 20850
                                              (301)-838-4113


                                              EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
KIRONDEEP BHANDARI                          )
                                            )
                                            )
          Plaintiff,                        )     Case No.07-2232ESH
     v.                                     )
                                            )     JURY DEMANDED
CENTER FOR NONPROFIT ADVANCEMENT            )
                                            )
     and                                    )
                                            )
BETSY JOHNSON, an individual                )
                                            )
                                            )
          Defendants.                       )
                                            )
_____)

**ORDER**

This matter came before the Court on the Motion of counsel for Plaintiff to withdraw his appearance and to adjourn the August 6, 2008 status conference. Inasmuch as sufficient cause has been shown and that Defendants consent to the requested relief,

**ORDERED**, that the motion is GRANTED; and

**FURTHER ORDERED**, that the appearance of counsel for Plaintiff is withdrawn and that the August 76, 2008 status conference is continued sine die.


Entered this_____day of July, 2008

                                                  _____
                                                       Judge Ellen S. Huvelle

Copes to:

Kiron Bhandari
4908 45th St., NW
Washington, D.C. 20001

Charles H. Fleischer
Oppenheimer, Fleischer & Quiggle P.C.
7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814

Steven C. Kahn
Law Offices of Steven C. Kahn
401 E. Jefferson St., Suite 201
Rockville, MD 20850