UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KIRONDEEP BHANDARI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2232 (ESH) |
| CENTER FOR NONPROFIT ADVANCEMENT, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The Court having been advised by counsel that the parties have reached a settlement of this action, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

**SO ORDERED.**

             /s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 11, 2008