UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KIRONDEEP BHANDARI     )
                       )
           Plaintiff   )
                       )
v.                     )   Case No. 07-2232 ESH
                       )
CENTER FOR NONPROFIT   )
  ADVANCEMENT, *et al.*,)
                       )
           Defendants  )

STIPULATION AND ORDER OF DISMISSAL

The parties having settled all claims in this action, they hereby stipulate to dismissal of this action and all claims therein with prejudice.

_____
Kirondeep Bhandari, plaintiff

LAW OFFICES OF STEVEN C. KAHN

By   /s/ Steven C. Kahn
     Steven C. Kahn, D.C. Bar No. 330431
401 E. Jefferson Street  Suite 201
Rockville, MD 20850
301-838-4113

*Attorney for plaintiff*

OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.


By   /s/ Charles H. Fleischer
    Charles H. Fleischer, D.C. Bar No. 4341

7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814
tel: (301) 986-4056 / fax: (301) 951-0555
e-mail: cfleischer@ofqlaw.com

*Attorneys for defendants*


SO ORDERED, this _____ day of August, 2008.


_____
UNITED STATES DISTRICT JUDGE