**FILED**
AUG 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KIRONDEEP BHANDARI | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )  Case No. 07-2232 ESH |
| | ) |
| CENTER FOR NONPROFIT | ) |
| ADVANCEMENT, *et al.*, | ) |
| | ) |
| Defendants | ) |

## STIPULATION AND ORDER OF DISMISSAL

The parties having settled all claims in this action, they hereby stipulate to dismissal of this action and all claims therein with prejudice.

_____
Kirondeep Bhandari, plaintiff

LAW OFFICES OF STEVEN C. KAHN

By___/s/ Steven C. Kahn_____
      Steven C. Kahn, D.C. Bar No. 330431
401 E. Jefferson Street  Suite 201
Rockville, MD 20850
301-838-4113

*Attorney for plaintiff*

OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.


By   /s/ Charles H. Fleischer
      Charles H. Fleischer, D.C. Bar No. 4341

7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814
tel: (301) 986-4056 / fax: (301) 951-0555
e-mail: cfleischer@ofqlaw.com

*Attorneys for defendants*


SO ORDERED, this 25 day of August, 2008.

Ellen S Huvelle
_____
UNITED STATES DISTRICT JUDGE

-2-